RECEIVED IN ALEXANDRIA, LA.
FEB 11 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JEROME WEATHINGTON<br>BOP# 08121-028 | DOCKET NO. 09-CV-1183; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| UNITED STATES OF AMERICA, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's **civil rights complaint** be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as failing to state a claim for which relief can be granted, pursuant to 28 U.S.C. §1915(e)(2)(b). The remaining claim against the United States of America, filed under the Federal Tort Claims Act, will proceed in due course.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 11 day of February, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE