UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JEROME L. WEATHINGTON,<br>　　　　Plaintiff | CIVIL ACTION<br>SECTION "P"<br>1:09-CV-1183 |
| VERSUS | |
| UNITED STATES, et al.,<br>　　　　Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment (Doc. 32) be and is hereby GRANTED.

IT IS FURTHER ORDERED that Weathington's action pursuant to the Federal Tort Claims Act be and is hereby DENIED AND DISMISSED WITH PREJUDICE.

The previous Judgment of February 11, 2010 is also corrected under the authority of Rule 60(a) Fed. R. Civ. P. to reflect dismissal of plaintiff's *Bivens* claims instead of the misnomer "civil rights" claim.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 27T day of June, 2011.

　　　　　　　　　　　　　　　　　　　　　　DEE D. DRELL
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE